LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
SHAMSUDDIN DOST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00403 JD |
| Plaintiff, | **APPLICATION TO FILE UNDER SEAL** |
| v. | |
| SHAMSUDDIN DOST, | |
| Defendant. | |

I, ERIK BABCOCK, am filing an Ex Parte Application relating to defendant Shamsuddin Dost. The application reveals confidential defense strategy and investigation. I am therefore requesting that the DEFENDANT DOST'S EX PARTE APPLICATION FOR DEFENSE INVESTIGATION, as well as the PROPOSED ORDER relating to the same, be filed and maintained under seal of the court.

DATED: 11/27/17

ERIK BABCOCK
Attorney for Defendant DOST

**SO ORDERED.**

DATED: 11/30/17

HONORABLE JAMES DONATO
United States District Judge

1